■ BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWN OF GRAND ISLAND, Appellant, v. GRAND ISLAND TEACHERS' ASSOCIATION et al., Respondents.— Order unanimously affirmed with costs, upon the opinion at Special Term. (Appeal from order of Erie Special Term, denying motion to stay arbitration.) Present — Witmer, J. P., Gabrielli, Moule and Henry, JJ. [67 Misc 2d 859.]

■ RUTH MYERS, Appellant, v. TRAVELERS INSURANCE COMPANY, Defendant. ETHEL NOLD, Respondent, v. TRAVELERS INSURANCE COMPANY, Defendant.— Order unanimously affirmed, without costs. (See *Proctor & Gamble Distr. Co.* v. *Lawrence Amer. Field Warehouse Corp.,* 16 N Y 2d 344, 362; *Matter of Fuller,* 45 Misc 2d 353; CPLR 3212, subd. [f].) (Appeal from order of Onondaga Special Term, denying motion for summary judgment.) Present — Del Vecchio, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.